# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONY BARRERA-FLORES,<br><br>Defendant | Case No.: 25-CR-4684-AGS<br><br>**JUDGMENT AND DISMISSAL ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment against Defendant, Jony Barrera-Flores, in this case is dismissed without prejudice.

SO ORDERED.


DATED: January 8, 2026

_____
HON. ANDREW G. SCHOPLER
UNITED STATES DISTRICT JUDGE